J. D. Steele, plaintiff in Error, v. The State of Florida, Defendant in Error.

A Writ of Error to the Cirucit Court for the County of Walton.

Writ of Error dismissed on motion of the Attorney General.

*S. K. Gillis* for Plaintiff in Error;

*Rivers Buford,* Attorney General, for the State.

---

F. A. Wildman et al., Plaintiffs in Error, v. James Highsmith etc., Defendants in Error.

Writ of Error to the Circuit Court for the County of Dade.

Wri of Error dismissed on motion of counsel for Plaintiffs in Error.

*Payne & McElya,* for Plaintiffs in Error.

*Shutts & Bowen,* for Defendants in Error.